# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.    SACR 08-00280-JVS                                Date    April 24, 2009

Present: The Honorable    James V. Selna

Interpreter    Not Needed

| Karla J. Tunis | Sharon Seffens | Terri Flynn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 14. Filipp Chebotarev | X | | X | H. Dean Steward | X | X | |

**Proceedings:**    CHANGE OF PLEA

x    Defendant moves to change pleas to Count 4 and 5 of the
     Indictment.  ORDER Motion granted.

x    Defendant enters new and different plea of GUILTY to Counts four
     and five of the Indictment.

x    Defendant sworn and the Court questions the defendant regarding
     pleas of GUILTY and FINDS that a factual basis has been laid and
     Further FINDS the pleas are knowledgeable and voluntarily made.
     The Court ORDERS the pleas accepted and entered.

x    The Court refers the defendant to the Probation Office for and
     investigation and  report and the matter is continued to August
     24, 2009 at 9:30 a.m. for sentencing.

X    The Court Further Orders position papers with respect to sentencing
     shall be filed not later than two weeks prior to the date of
     sentencing.  Any replies shall be filed no later than one week prior
     to sentencing.

X    Other **The Court orders the defendant remain on bond under the
     same terms and conditions previously set with the following
     modification: The Court ORDERS that the drug testing occur at
     least once per week but not more than 8 times per month as
     ordered by PreTrial Services Officer.**  The Court orders the
     Status Conference and Trial vacated as to this defendant only.
     The Court ORDERS the transcript of this proceeding sealed.

                                                    0      :      30

                        Initials of Deputy Clerk            kjt